### 7492.   McCARTHY *v.* THE STATE.

HODGES, J.   1. The evidence in this case sufficiently established the venue. *Dyer* v. *State*, 6 *Ga. App.* 390 (65 S. E. 42); *Cook* v. *State*, 9 *Ga. App.* 208 (70 S. E. 1019); *Graham* v. *State*, 16 *Ga. App.* 221 (84 S. E. 981).

2. The verdict is supported by the evidence, and the assignments of error are without merit.                    *Judgment affirmed.*

DECIDED JUNE 28, 1916.

Indictment for larceny of hog; from Calhoun superior court—Judge Cox.   February 23, 1916.

*Smith & Miller,* for plaintiff in error.

*R. C. Bell, solicitor-general, F. A. Hooper,* contra.